**FILED**
Apr 03 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/YC  DEPUTY

~~SEALED~~

ORDERED UNSEALED on 04/09/2025   s/ melindajw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CESAR MARTINEZ,<br><br>　　　　　Defendant. | Case No. '25 CR1096 H<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 922(a)(1)(A), 923(a), and 924(a)(1)(D) - Engaging in the Business of Dealing Firearms Without a License; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Cocaine; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Count 1

Engaging in the Business of Dealing Firearms Without a License
　　[18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)]

Beginning no later than June 18, 2024, and continuing until at least October 1, 2024, within the Southern District of California, defendant CESAR MARTINEZ, not being a licensed importer, manufacturer, and dealer of firearms, willfully engaged in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

//

JSST:nlv:San Diego:4/3/25

## Count 2

### Distribution of Cocaine

[21 U.S.C. § 841(a)(1)]

On or about May 1, 2024, within the Southern District of California, defendant CESAR MARTINEZ, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 3

### Distribution of Cocaine

[21 U.S.C. § 841(a)(1)]

On or about July 18, 2024, within the Southern District of California, defendant CESAR MARTINEZ, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 2 and 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 2 and 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant CESAR MARTINEZ shall forfeit to the United States all his rights, title and interest in any and all property constituting, and derived from, any proceeds the defendant obtained, directly and indirectly, as the result of the

offenses and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 2 and 3 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: April 3, 2025.



ANDREW R. HADEN
Acting United States Attorney

By: /s/ JILL S. SZREJA

MICHAEL A. DESHONG
Assistant U.S. Attorneys

3